IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stephens, Syrron Beret | Case Number: 04 B 17439 |
|---|---|---|
| | Stephens, Cathel Anita | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 5/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 4, 2008
Confirmed: July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 166,570.00 | |
| Secured: | | 120,697.64 |
| Unsecured: | | 32,171.17 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 8,632.75 |
| Other Funds: | | 3,368.44 |
| Totals: | 166,570.00 | 166,570.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 113,779.65 | 113,779.65 |
| 3. | Wells Fargo Home Mortgage | Secured | 4,661.81 | 4,661.81 |
| 4. | CarMax Auto Finance | Secured | 2,256.18 | 2,256.18 |
| 5. | CarMax Auto Finance | Unsecured | 68.31 | 47.53 |
| 6. | Von Maur | Unsecured | 299.78 | 208.58 |
| 7. | ECast Settlement Corp | Unsecured | 7,760.18 | 5,431.82 |
| 8. | Portfolio Recovery Associates | Unsecured | 6,954.07 | 4,867.59 |
| 9. | Resurgent Capital Services | Unsecured | 1,031.62 | 717.79 |
| 10. | Fifth Third Bank | Unsecured | 9,468.37 | 6,627.49 |
| 11. | Specialized Management Consultants | Unsecured | 1,233.17 | 858.07 |
| 12. | American Express Centurion | Unsecured | 7,952.71 | 5,566.62 |
| 13. | Kohl's/Kohl's Dept Stores | Unsecured | 265.50 | 184.74 |
| 14. | Capital One | Unsecured | 228.41 | 158.90 |
| 15. | ECast Settlement Corp | Unsecured | 6,432.11 | 4,502.23 |
| 16. | Capital One | Unsecured | 1,348.12 | 938.06 |
| 17. | Jefferson Capital | Unsecured | 1,913.34 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 2,963.26 | 2,061.75 |
| 19. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 20. | Continental Comm B & T Co | Unsecured | | No Claim Filed |
| 21. | Exxon | Unsecured | | No Claim Filed |
| 22. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 23. | MBNA America | Unsecured | | No Claim Filed |
| 24. | Loyola University Chicago | Unsecured | | No Claim Filed |
| 25. | Sam's Club | Unsecured | | No Claim Filed |
| 26. | Retailers National Bank | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stephens, Syrron Beret | Case Number: 04 B 17439 |
|---|---|---|
| | Stephens, Cathel Anita | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 5/4/04 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Whitehall | Unsecured | | No Claim Filed |
| 28. AT&T Wireless | Unsecured | | No Claim Filed |
| | | $ 170,316.59 | $ 154,568.81 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 533.60 |
| 6.5% | 1,693.83 |
| 3% | 199.93 |
| 5.5% | 1,647.26 |
| 5% | 334.29 |
| 4.8% | 1,120.74 |
| 5.4% | 2,885.19 |
| 6.6% | 217.91 |
| | $ 8,632.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

